George Kaye, Plaintiff-Appellant, v. Eleanor Kremer, Louis M. Kremer and Arthur S. Bluestein, Defendants-Appellees, and I. Harvey Levinson, Defendant.

**Gen. No. 47,795.** 

First District, Third Division.
December 9, 1959.
Rehearing denied January 28, 1960.
Released for publication January 29, 1960.

George Kaye and Herbert L. Caplan, for appellant; Arthur S. Bluestein, pro se, defendant-appellee; Makovsky, Comerford, Giliberto, and Propp, by Eugene Propp, Attorneys for Eleanor Kremer and Louis M. Kremer, appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**